UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-00813-JVS (RNBx) | Date | August 28, 2008 |
|---|---|---|---|
| Title | James M. Reardon, et al. v. Capistrano Unified School District, et al. | | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (In Chambers)  <u>Order to Show Cause Re Sanctions</u>

    The Court hereby ORDERS the parties in the above entitled action to SHOW CAUSE, in writing, not later than Noon on Thursday, September 4, 2008, why sanctions should not be imposed for failure to comply with the Court's Order of August 15, 2008 directing "the lodging of the administrative record on appeal forthwith".

    The Court sets a hearing on the ORDER TO SHOW CAUSE for Friday, September 5, 2008 at 8:30 a.m.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |