UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-00813-JVS (RNBx) | Date | October 2, 2008 |
| Title | James M. Reardon, et al. v. Capistrano Unified School District, et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)    <u>Order to Show Cause Re Dismissal</u>

      The Court has reviewed the Status Report and Request for Order to Show Cause re Dismissal, filed by Capistrano Unified School District on October 1, 2008. GOOD CAUSE APPEARING THEREFOR:

      The Court orders plaintiffs J.R. *et al.* to show cause why this case should not be dismissed for failure to comply with the Court's order of August 29, 2008 and for failure to prosecute generally (Fed. R. Civ. Pro. 41(b)) on October 20, 2008 at 11:00 a.m. Any written response shall be filed no later than October 14, 2008.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |